IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CLARK COUNTY BANCORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARMENT OF TREASURY, INTERNAL REVENUE SERVICE, and UNITED STATES OF AMERICA,<br><br>    Defendants. | Case No. 14-cv-05811-BHS<br><br>ORDER SETTING SUMMARY JUDGMENT BRIEFING SCHEDULE AND VACATING ORDER DATED OCTOBER 16, 2014 |

Having considered the parties' Stipulated Motion Regarding (1) Summary Judgment Briefing Schedule and (2) Request to Vacate Scheduling Order, and having found good cause for the requested relief, the Court hereby Grants the Motion and ORDERS as follows:

1. The United States (on behalf of all defendants) shall file an opposition to the Plaintiff's motion for summary judgment, which will include a cross-motion for summary judgment, by March 10, 2015.

2. The Plaintiff shall file any separate reply to the United States' opposition to the Plaintiff's motion for summary judgment by April 10, 2015.

3. The Plaintiff shall file an opposition to the United States' cross-motion for summary judgment within 60 days of the filing of the United States' cross-motion.

ORDER       1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-514-6062

4. The United States (on behalf of all defendants) shall file any reply to the Plaintiff's opposition to the United States' cross-motion for summary judgment within ten days after the filing of the Plaintiff's opposition. The parties will request a new noting date for the Court's motions calendar accordingly.

5. The Court's Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement, entered on October 16, 2014, is vacated.

DATED this 30th day of January, 2015.

BENJAMIN H. SETTLE
United States District Judge

Presented by:

CAROLINE D. CIRAOLO
Principal Deputy Assistant Attorney General

| | |
|---|---|
| */s/ Charles J. Butler* | */s/ Stephen G. Leatham* |
| CHARLES J. BUTLER | STEPHEN G. LEATHAM |
| Trial Attorney, Tax Division | Heurlin Potter Leatham & |
| U.S. Department of Justice | Holtmann PS |
| P.O. Box 683 | 211 E. McLoughlin Blvd, Ste 100 |
| Washington, DC  20044 | Vancouver, WA 98666 |
| 202-514-6062 (v) | (360) 750-7547 (v) |
| 202-307-0054 (f) | (360) 750-7548 (f) |
| Charles.J.Butler@usdoj.gov | sgl@hpl-law.com |
| | |
| Of Counsel: | Counsel for Plaintiff |
| ANNETTE L. HAYES | Clark County Bancorporation |
| Acting United States Attorney | |
| | |
| Counsel for the United States | |

ORDER    2

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-6062