# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| CLARK COUNTY BANCORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE, and UNITED STATES OF AMERICA,<br><br>  Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. CV14-5811BHS |

\_\_     **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX     **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT Defendants' Motion for Summary Judgment is

GRANTED.  Judgment entered in favor of Defendants.

Dated June 17, 2015.

                                                William M. McCool
                                                Clerk of Court

                                                Gretchen Craft, Deputy Clerk